UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:12-cr-222-GMN-VCF |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES EDWARD DIXON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 15, 2016, the Court conducted a status conference hearing regarding Defendant James Edward Dixon. (ECF No. 122). During this hearing, Pretrial Services requested that the Court amend the travel conditions of Defendant's terms of pretrial release to allow Defendant to travel within the continental United States without prior approval of the Pretrial Services office. Accordingly, upon good cause showing,

**IT IS HEREBY ORDERED** that Defendant's terms of pretrial release shall be modified to allow Defendant to travel within the continental United States without prior approval of the Pretrial Services office.

**DATED** this __15__ day of March, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court